IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS M. CARPENTER, DANIEL KLETCHECK, and CHRISTOPHER M. WALKER,<br>*Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>PEPPERIDGE FARM, INCORPORATED,<br>*Defendant.* | CIVIL ACTION<br>NO. 20-3881 |
| PEPPERIDGE FARM, INCORPORATED,<br>*Counterclaimant,*<br><br>v.<br><br>DOUGLAS M. CARPENTER, DANIEL KLETCHECK, and CHRISTOPHER M. WALKER,<br>*Counterclaim Defendants.* | |
| PEPPERIDGE FARM, INCORPORATED,<br>*Third-Party Plaintiff,*<br><br>v.<br><br>WAREHOUSE TRAINERS, INC., and CARPENTER CORE, INC.,<br>*Third-Party Defendants.* | |

**<u>ORDER</u>**

AND NOW, this 1st day of March, 2021, upon consideration of the motion by

Plaintiffs Douglas M. Carpenter, Daniel Kletchek and Christpher M. Walker to dismiss

Defendant Pepperidge Farm Incorporated's counterclaims (ECF 12), the motion by Third-Party Defendants Carpenter Core, Inc. and Warehouse Trainers, Inc. to dismiss Third-Party Plaintiff Pepperidge Farm, Incorporated's third-party complaints (ECF 19), Pepperidge Farm's opposition briefs (ECF 24 and ECF 25), Plaintiffs' consolidated reply (ECF 26), Plaintiffs' supplemental brief on standing (ECF 30), and Pepperidge Farm's supplemental brief on standing (ECF 31), it is **ORDERED** that the motions are: **GRANTED** to the extent they seek to dismiss Pepperidge Farm's claims for indemnification and **DENIED** in all other respects.  Pepperidge Farm's indemnification claims are **DISMISSED**.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.