IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS M. CARPENTER, DANIEL KLETCHECK, and CHRISTOPHER M. WALKER,<br><br>    *Plaintiffs, on behalf of themselves and all others similarly situated,*<br><br>    v.<br><br>PEPPERIDGE FARM, INCORPORATED,<br>    *Defendant.* | CIVIL ACTION<br>NO. 20-cv-3881-GJP |
| PEPPERIDGE FARM, INCORPORATED<br>    *Counterclaimant,*<br><br>    v.<br><br>DOUGLAS M. CARPENTER, DANIEL KLETCHECK, and CHRISTOPHER M. WALKER,<br><br>    *Counterclaim Defendant.* | |
| PEPPERIDGE FARM, INCORPORATED,<br>    *Third-Party Plaintiff,*<br><br>    v.<br><br>WAREHOUSE TRAINERS, INC., and CARPENTER CORE, INC.,<br>    *Third-Party Defendants.* | |

## **ORDER**

**AND NOW**, this 14th day of July, 2023, upon consideration of Pepperidge Farm's Motions for Summary Judgment on Carpenter, Kletcheck and Walker's Wage Payment and Collection Law claims, (ECF 78, 81 & 83), Plaintiffs' Motion for Summary

1

Judgment on Pepperidge Farm's unjust enrichment claim, (ECF 77), and Plaintiffs' Motion to Exclude the Testimony of Expert Witness Finnie B. Cook, Ph.D., (ECF 79), and all responses thereto, and after holding oral argument on the motions, (ECF 109, 110), it is hereby **ORDERED** that:

1. Pepperidge Farm's Motions for Summary Judgment on Plaintiffs' WPCL claims, (ECF 78, 81 & 83), are **GRANTED**. Judgment is entered in favor of Pepperidge Farm.

2. Plaintiffs' Motion for Summary Judgment on Pepperidge Farm's unjust enrichment claim, (ECF 77), is **DENIED as moot**.

3. Plaintiffs' Motion to Exclude the testimony of Finnie B. Cook, Ph.D., (ECF 79), is **DENIED as moot**.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.